IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHARLES GREGG-EL, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16cv00038 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN DOE, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion and judgment of the United States Court of Appeals for the Fourth Circuit entered January 3, 2019, and its mandate issued January 25, 2019, it is hereby **ORDERED** that this action is **REOPENED** to the active docket; the court's March 10, 2017 order (Dkt. No. 54) is **VACATED in part** to the extent that it granted summary judgment as to Gregg-El's retaliation claim against defendant A. Mullins; and, for the reasons stated in the Fourth Circuit's opinion, defendants' motion for summary judgment (Dkt. No. 36) is **DENIED** as to the retaliation claim against A. Mullins.[1]  The Clerk shall set this matter for a bench trial in the Roanoke Division.

The Clerk shall send a copy of this order to the parties.

**ENTER**: This __4th__ day of April, 2019.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

---

[1] The Clerk shall **TERMINATE** all other defendants to this action.