# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **CHARLES GREGG-EL,** | ) | Civil Action No. 7:16cv00038 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JOHN DOE,** *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | Senior United States District Judge |

Pursuant to 28 U.S.C. § 636(c), the parties to this action were notified of their right to consent to a magistrate judge conducting any or all proceedings in this action, including the entry of dispositive orders. All of the parties have filed with the court a written consent to the exercise of jurisdiction in this case by a magistrate judge. Having reviewed the record and it appearing proper so to do, it is hereby **ORDERED** that this case is **TRANSFERRED** to the Honorable Robert S. Ballou, United States Magistrate Judge for the Western District of Virginia, to conduct any and all proceedings which may arise in this case, including the entry of dispositive orders and the trial in this matter, pursuant to 28 U.S.C. § 636(c)(1).

The Clerk shall send a copy of this order to the parties and to the Honorable Robert S. Ballou, United States Magistrate Judge.

**ENTER**: This __24th__ day of October, 2019.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE