# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| CHARLES GREGG-EL, | ) | |
| *also known as* Charles Gregg, | ) | Civil Action No. 7:16cv00038 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| A. MULLINS, *et al.*, | ) | **By: Hon. Robert S. Ballou** |
| Defendant. | ) | **United States Magistrate Judge** |

A pretrial conference was held in this case today. For the reasons set forth during that conference, it is **ORDERED** as follows:

1. The bench trial in this matter, currently scheduled for November 7 and 8, 2019, is hereby RESET for a one-day bench trial to begin at 9:30 a.m. on November 13, 2019.

2. Defendant is to provide a copy of her proposed exhibits to plaintiff not later than close of business on Thursday, October 31, 2019. Any objections to exhibits offered by either party shall be filed not later than November 8, 2019. In the event that plaintiff is precluded from timely filing his objections because of circumstances at his place of incarceration, he may raise his objections on the day of trial, prior to the start of trial. The court will rule on any objections at that time.

3. The court will issue an amended order directing that plaintiff's warden for trial transport plaintiff to the trial, and have him present at the courthouse not later than 9:00 a.m. on November 13, 2019.

4. The court has considered plaintiff's renewed request for appointment of counsel. As the court explained and for the reasons set forth in a prior order (Dkt. No. 74), the court cannot appoint counsel to represent plaintiff in this civil case. Thus, to the extent plaintiff is asking for reconsideration of the prior order, his motion is

DENIED. However, the court will notify attorneys who have expressed a general interest in representing plaintiffs in prisoner civil rights actions about the opportunity to represent plaintiff.

5. In light of the fact that Mullins is the sole remaining defendant, the Clerk is directed to modify the style of the case to reflect the style above.

The Clerk shall send a copy of this order to the parties.

        Entered: October 29, 2019

*Robert S. Ballou*

        Robert S. Ballou
        United States Magistrate Judge