UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

Charles Gregg-El

# Notice

v.

CASE NO: 7:16-cv-00038

A. Mullins

_____

**TYPE OF CASE:**

42 U.S.C. §1983
_____

**X TAKE NOTICE** that a proceeding in this case has been continued to the place, date, and time set forth below:
_____

**PLACE:**  
US District Court  
210 Franklin Road, S.W.  
Roanoke, VA 24011

**DATE:** November 13, 2019  
**TIME:** 9:30 a.m.  
**Judge:** Norman K. Moon

_____

**TYPE OF PROCEEDING:**

**Bench Trial**
_____

**s/S. Taylor**  
Deputy Clerk